[No. 8465–1–II.   Division Two.   November 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAVINE
LUKE YBARRA, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 84–1–00360–7, Milton R. Cox, J., entered December 20, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 8163–6–II.   Division Two.   November 13, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS
JAMES LAMBIE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00061–9, J. Dean Morgan, J., entered September 4, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 9404–5–II.   Division Two.   November 14, 1986.]

*In the Matter of the Welfare of*
DANIEL L. WINTON.

Appeal from a judgment of the Superior Court for Lewis County, No. J–6744, James B. Gober, J. Pro Tem., entered November 27, 1985. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7916–0–II.   Division Two.   November 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
RAY STEWART, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00007–6, Arthur W. Verharen, J., entered April 24, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.